MARCH 18, 1958

**No. 61720.**—The Best Foods, Inc. *v.* United States, protest 265823–K.—

DONLON, JUDGE: Defendant's arguments are more appropriately grounds for appeal from a decision adverse to it, than for rehearing. Reluctant as I am to disassociate myself in this matter from the view of my colleagues, I fail to find any matter now urged by defendant which was not before me, and carefully evaluated, in reaching the decision in this case.

The motion for rehearing should be denied.